RELATED DDJ

**FILED**
CLERK, U.S. DISTRICT COURT
FEB - 4 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

1 Name: Tubbs

2 Address: _____

3 _____

4 Phone: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Tubbs

Plaintiff

v.

Glendora Unified School District

Defendant(s).

CASE NUMBER:

2:22-CV-00801-FLA-PVC

To be supplied by the Clerk of
The United States District Court

Complaint:
Title IX

CV-126 (09/09)     **PLEADING PAGE FOR A COMPLAINT**

Parties:

Tubbs (Plaintiff) and Glendora Unified School District (Defendant)

Procedural History and Background:

On December 14, 2021, Glendora Unified School District didnt allow 19 year old male go Glendora High School secondary school program to get high school diploma no credits recieved.

Title IX: " No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance. "

Relief:

1000000

Dated: February 4, 2022

*Rick Tubbs*

-Rick Tubbs

Plaintiff

Tubbs

General Delivery Glendora, CA 91740

Phone number: (909) 774-8843

Motion Use Last Name Tubbs Only Seal Case:

Tubbs Vs. Glendora Unified School District

Plaintiff Tubbs would like to use Tubbs to avoid retaliation adult secondary school seal case.

*Tubbs*

-Tubbs